UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:19CR0083 |
| | ) | |
| v. | ) | |
| | ) | |
| LOUIS LONCAR | ) | 21 U.S.C. §841(a)(1), |
| MARCUS TORRENCE | ) | 21 U.S.C. §841(b)(1)(C), |
| KRISTIAN BANOVIC | ) | 21 U.S.C. §846 |
| | ) | 18 U.S.C. §2 |

**INDICTMENT**

-FILED-

JUL 17 2019

ROBERT N. THOMPSON, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE GRAND JURY CHARGES:

## COUNT ONE

From at least on or about April 1, 2017, the exact date being unknown to the Grand Jury, and continuing to at least on or about January 20, 2018, both dates being approximate and inclusive, within the Northern District of Indiana and elsewhere,

**LOUIS LONCAR**
**KRISTIAN BANOVIC**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit: knowingly and intentionally possess with intent to distribute and distribute (1) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance and (2) a mixture and substance containing a detectable

1

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

From at least on or about April 1, 2017, the exact date being unknown to the Grand Jury, and continuing to at least on or about June 30, 2017 both dates being approximate and inclusive, within the Northern District of Indiana and elsewhere,

**LOUIS LONCAR**
**MARCUS TORRENCE**

defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit: knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE

On or about April 19, 2017, within the Northern District of Indiana,

**LOUIS LONCAR**
**MARCUS TORRENCE**

defendants herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR

On or about April 24, 2017, within the Northern District of Indiana,

**LOUIS LONCAR**
**KRISTIAN BANOVIC**

defendants herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5

THE GRAND JURY FURTHER CHARGES:

## COUNT FIVE

On or about May 03, 2017, within the Northern District of Indiana,

### LOUIS LONCAR
### KRISTIAN BANOVIC

defendants herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT SIX

On or about May 03, 2017, within the Northern District of Indiana,

**LOUIS LONCAR**
**MARCUS TORRENCE**

defendants herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT SEVEN

On or about June 22, 2017, within the Northern District of Indiana,

## MARCUS TORRENCE

defendant herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

THE GRAND JURY FURTHER CHARGES:

## COUNT EIGHT

On or about July 26, 2017, within the Northern District of Indiana,

**KRISTIAN BANOVIC**
**LOUIS LONCAR**

defendants herein did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in this Indictment, by this reference fully incorporated herein, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s]

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

**A TRUE BILL**

*/s/ Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
United States Attorney


By:  */s/ Thomas M. McGrath*
    THOMAS M. MCGRATH
    Assistant United States Attorney

10